KATHERINE MAYER, Respondent, *v.* CHARLES F. MAYER, Appellant.

*Motion for a bill of particulars — the attorney's affidavit, when insufficient.*

An affidavit, made upon a motion for a bill of particulars, by the attorney for a party to an action, no reason being given why it was not made by the party, is insufficient.

APPEAL by the defendant, Charles F. Mayer, from an order of the Supreme Court, made at the New York Special Term and entered in the office of the clerk of the county of New York on the 5th day of April, 1898, directing him to serve a bill of particulars.

*John T. Sackett,* for the appellant.

*Julius H. Seymour,* for the respondent.

Per Curiam:

The affidavit upon which the motion for a bill of particulars is based was made by the plaintiff's attorney only. No reason is given why it was not made by the plaintiff. It has often been held that such an affidavit is entirely insufficient to warrant the granting of a bill of particulars. (*Van Olinda* v. *Hall,* 82 Hun, 357; *Gridley* v. *Gridley,* 7 Civ. Proc. Rep. 215.)

For that reason the order should be reversed, with ten dollars costs and disbursements, and the motion denied, with ten dollars costs.

Present — Barrett, Rumsey, O'Brien and McLaughlin, JJ.

Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.